

**FILED**

**OCT 14 2022**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. |
| ) | |
| v. ) | Violation: Title 18, United States Code, Sections 1952(a)(3) and 2 |
| ) | |
| ILLINOIS BELL TELEPHONE ) | |
| COMPANY, LLC, d/b/a AT&T ) | 1:22-cr-00525 |
| Illinois ) | Judge Jorge L. Alonso |
| ) | Magistrate Judge Cox |

The UNITED STATES ATTORNEY charges:

On or about March 31, 2017, at approximately 9:47 a.m., at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ILLINOIS BELL TELEPHONE COMPANY, LLC,
d/b/a AT&T Illinois,

defendant herein, caused the use of a facility in interstate commerce, namely, an email account and associated communication network operated by AT&T, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, namely, a violation of Chapter 720 Illinois Compiled Statutes § 5/33-8 (legislative misconduct), and thereafter, the defendant did perform, did cause to be performed, and did attempt to perform an act to carry on and facilitate the promotion and carrying on of said unlawful activity;

In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

_____
UNITED STATES ATTORNEY