# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                            Case No.: 1:22–cr–00525
                                                        Honorable Jorge L. Alonso

Illinois Bell Telephone Company, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 16, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso as to Illinois Bell Telephone Company, LLC: At the parties' request, Arraignment previously set for 10/18/22 before Judge Cox is stricken and reset to 10/21/22 at 1:30 p.m. before Judge Alonso. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.